# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2021

162500

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JOSEPH SABOL,
       Plaintiff-Appellant,

v

                                     SC: 162500
                                     COA: 354036

MARQUETTE CHAMBER OF
COMMERCE,
       Defendant-Appellee.
                                     Marquette CC: 19-057832-AA

_____/

      On order of the Court, the application for leave to appeal the October 19, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2021



                                     Clerk

b0726